UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CRIMSON GALERIA LIMITED PARTNERSHIP; RAJ & RAJ, LLC; HARVARD SQUARE HOLDINGS LLC; and CHARLES RIVER HOLDINGS LLC**<br><br>*Plaintiffs*<br><br>v.<br><br>**HEALTHY PHARMS, INC; TIMBUKTU REAL ESTATE, LLC; PAUL OVERGAAG, an individual; NATHANIEL AVERILL, an individual; 4FRONT ADVISORS, LLC; 4FRONT HOLDINGS LLC; KRISTOPHER T. KRANE, an individual; 3 BROTHERS REAL ESTATE, LLC; RED LINE MANAGEMENT, LLC; JOHN DOES 1 THROUGH 4; TOMOLLY, INC.; CITY OF CAMBRIDGE, a body politic; TOWN OF GEORGETOWN, a body politic; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CENTURY BANK AND TRUST COMPANY; MAURA T. HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts**<br><br>*Defendants* | Civil Action No. 1:17-cv-11696-ADB |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Century Bank and Trust Company states that its parent corporation is Century Bancorp, Inc., and that no publicly held corporation owns 10% or more of Century Bancorp, Inc.'s stock.

Respectfully Submitted,

CENTURY BANK AND TRUST COMPANY

*By its attorneys,*

/s/ Robert J. Cordy
Robert J. Cordy (BBO # 99720)
Matthew L. Knowles (BBO #678935)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
Telephone: +1 617 535 4000
Fax: +1 617 535 3800

E-mail:  rcordy@mwe.com
        mknowles@mwe.com

Date:   September 18, 2017

**Certificate of Service**

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

Date:   September 18, 2017         /s/ Robert J. Cordy
                                   Robert J. Cordy (BBO # 99720)