# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CRIMSON GALERIA LIMITED PARTNERSHIP; RAJ & RAJ, LLC; HARVARD SQUARE HOLDINGS LLC; and CHARLES RIVER HOLDINGS LLC**<br><br>*Plaintiffs*<br><br>v.<br><br>**HEALTHY PHARMS, INC; TIMBUKTU REAL ESTATE, LLC; PAUL OVERGAAG, an individual; NATHANIEL AVERILL, an individual; 4FRONT ADVISORS, LLC; 4FRONT HOLDINGS LLC; KRISTOPHER T. KRANE, an individual; 3 BROTHERS REAL ESTATE, LLC; RED LINE MANAGEMENT, LLC; JOHN DOES 1 THROUGH 4; TOMOLLY, INC.; CITY OF CAMBRIDGE, a body politic; TOWN OF GEORGETOWN, a body politic; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CENTURY BANK AND TRUST COMPANY; MAURA T. HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts**<br><br>*Defendants* | Civil Action No. 1:17-cv-11696-ADB |

## NOTICE OF APPEARANCE

Matthew L. Knowles of McDermott Will & Emery LLP respectfully enters an appearance as additional counsel for Defendant Century Bank and Trust Company in this matter.

        Respectfully Submitted,

        CENTURY BANK AND TRUST COMPANY

        *By its attorneys,*

        /s/ Matthew L. Knowles
        Robert J. Cordy (BBO # 99720)
        Matthew L. Knowles (BBO #678935)
        MCDERMOTT WILL & EMERY LLP
        28 State Street
        Boston, Massachusetts 02109
        Telephone: +1 617 535 4000
        Fax: +1 617 535 3800

        E-mail:  rcordy@mwe.com
                    mknowles@mwe.com

Date:   September 18, 2017

## Certificate of Service

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

Date:   September 18, 2017        /s/ Matthew L. Knowles
                                                  Matthew L. Knowles (BBO #678935)