UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CRIMSON GALERIA LIMITED PARTNERSHIP; RAJ & RAJ, LLC; HARVARD SQUARE HOLDINGS LLC; and CHARLES RIVER HOLDINGS LLC**<br><br>*Plaintiffs*<br><br>v.<br><br>**HEALTHY PHARMS, INC; TIMBUKTU REAL ESTATE, LLC; PAUL OVERGAAG, an individual; NATHANIEL AVERILL, an individual; 4FRONT ADVISORS, LLC; 4FRONT HOLDINGS LLC; KRISTOPHER T. KRANE, an individual; 3 BROTHERS REAL ESTATE, LLC; RED LINE MANAGEMENT, LLC; JOHN DOES 1 THROUGH 4; TOMOLLY, INC.; CITY OF CAMBRIDGE, a body politic; TOWN OF GEORGETOWN, a body politic; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CENTURY BANK AND TRUST COMPANY; MAURA T. HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts**<br><br>*Defendants* | Civil Action No. 1:17-cv-11696-ADB |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Century Bank and Trust Company ("Century Bank") moves to extend the deadline for its answer or other response to the Complaint until November 3, 2017.

Plaintiffs Crimson Galeria Limited Partnership ("Crimson Galeria"); RAJ & RAJ, LLC ("RAJ & RAJ"); Harvard Square Holdings, LLC ("Harvard Square Holdings"); and Charles

1

River Holdings, LLC ("Charles River Holdings") (collectively, the "Plaintiffs") have assented to this request.

In support of this motion, Century Bank states:

1. The Plaintiffs filed their Complaint on September 7, 2017.

2. Century Bank respectfully requests additional time to review the allegations set forth in the Complaint and to prepare its answer or other response.

3. The Plaintiffs have assented to an extension such that the deadline for Century Bank's answer or other response will be November 3, 2017.

                                          Respectfully Submitted,

                                          CENTURY BANK AND TRUST COMPANY

                                          *By its attorneys,*

                                          <u>/s/ Shamis N. Beckley</u>
                                          Robert J. Cordy (BBO # 99720)
                                          Matthew L. Knowles (BBO #678935)
                                          Shamis N. Beckley (BBO #697425)
                                          MCDERMOTT WILL & EMERY LLP
                                          28 State Street
                                          Boston, Massachusetts 02109
                                          Telephone: +1 617 535 4000
                                          Fax: +1 617 535 3800

                                          E-mail: rcordy@mwe.com
                                                      mknowles@mwe.com
                                                       sbeckley@mwe.com

Date:   September 25, 2017

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that I contacted counsel for the Plaintiffs in an attempt in good faith to resolve or narrow the issues presented by this motion. Counsel for the Plaintiffs has assented to this motion.

    Dated:  September 25, 2017        /s/ Shamis N. Beckley
                                                              Shamis N. Beckley (BBO #697425)

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

    Date:   September 25, 2017        /s/ Shamis N. Beckley
                                                              Shamis N. Beckley (BBO #697425)