UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRIMSON GALERIA LIMITED PARTNERSHIP; RAJ & RAJ, LLC; HARVARD SQUARE HOLDINGS LLC; & CHARLES RIVER HOLDINGS LLC,<br><br>             Plaintiffs,<br>       v.<br><br>HEALTHY PHARMS, INC.; TIMBUKTU REAL ESTATE, LLC; PAUL OVERGAAG, an individual; NATHANIEL AVERILL, an individual; 4FRONT ADVISORS, LLC; 4FRONT HOLDINGS LLC; KRISTOPHER T. KRANE, an individual; 3 BROTHERS REAL ESTATE, LLC; RED LINE MANAGEMENT, LLC; JOHN DOES 1 THROUGH 4; TOMOLLY, INC.; CITY OF CAMBRIDGE, a body politic; TOWN OF GEORGETOWN, a body politic; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CENTURY BANK AND TRUST COMPANY; MAURA T. HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts<br><br>             Defendants. | CIVIL ACTION<br>NO. 17-cv-11696-ADB |

**MOTION TO DISMISS BY DEFENDANTS
4FRONT ADVISORS, LLC,
4FRONT HOLDINGS LLC, AND KRISTOPHER KRANE**

Defendants 4Front Advisors, LLC, 4Front Holdings, LLC, and Kristopher Krane ("4Front Defendants"), respectfully move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss with prejudice the Complaint filed by Plaintiffs Crimson Galeria Limited Partnership; RAJ & RAJ, LLC; Harvard Square Holdings LLC; and Charles River Holdings LLC (collectively, "Plaintiffs") in its entirety, and with prejudice, on the following grounds:

1. Plaintiffs fail to allege specific conduct undertaken by the 4Front Defendants sufficient to adequately state a RICO claim against them;

2. Plaintiffs fail to plausibly allege an injury to their business or property that occurred "by reason of" conduct constituting the purported RICO violations, as they have not alleged a concrete injury with damages that are clear and definite; and

3. Plaintiffs fail to satisfy RICO's proximate-cause requirements, as their alleged injury is, at most, only indirectly related to the purported racketeering activity.

Further grounds for this motion are set forth in the 4Front Defendants' memorandum in support, which is submitted herewith, as well as in the other Defendants' motions to dismiss, which the 4Front Defendants join and are hereby incorporated.

Dated:  December 15, 2017	Respectfully submitted,

/s/ John E. Sutherland
John E. Sutherland (BBO No. 488960)
BRICKLEY SEARS & SORETT, P.A.
75 Federal Street
Boston, MA 02110
(617) 542-0896
(617) 426-2012 *facsimile*
jes@brickleysears.com

Adam B. Wolf (*admitted PHV*)
PEIFFER ROSCA WOLF ABDULLAH CARR &
KANE, A PROFESSIONAL LAW
CORPORATION
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 766-3545
(415) 402-0058 *facsimile*
awolf@prwlegal.com.com

Daniel Carr (*admitted PHV*)
PEIFFER ROSCA WOLF ABDULLAH CARR &
KANE, A PROFESSIONAL LAW
CORPORATION
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
(504) 586-5270
(504) 523-2464 *facsimile*
dcarr@prwlegal.com.com

Lydia Floyd (*admitted PHV*)
PEIFFER ROSCA WOLF ABDULLAH CARR &
KANE, A PROFESSIONAL LAW
CORPORATION
Hanna Building, Suite 1610
1422 Euclid Ave.
Cleveland, OH 44115
(216) 589-9280
(888) 411-0038 *facsimile*
lfloyd@prwlegal.com.com

*Counsel for 4Front Advisors, LLC; 4Front
Holdings LLC; and Kristopher T. Krane*

## **CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter, as identified on the Notice of Electronic Filing.

Dated: December 15, 2017                                    /s/ John E. Sutherland