UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRIMSON GALERIA LIMITED PARTNERSHIP, RAJ & RAJ, LLC, HARVARD SQUARE HOLDINGS LLC, and CHARLES RIVER HOLDINGS LLC,<br>           Plaintiffs,<br>    v.<br><br>HEALTHY PHARMS, INC.; TIMBUKTU REAL ESTATE, LLC; PAUL OVERGAAG, an individual; NATHANIEL AVERILL, an individual; 3 BROTHERS REAL ESTATE, LLC; and CENTURY BANK AND TRUST COMPANY,<br><br>           Defendants. | Civil Action No.:<br>1:17-CV-11696-ADB |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the remaining parties in the above-captioned action hereby stipulate to dismissal of all claims asserted in this matter with prejudice and agree and stipulate that they shall bear their own costs and that they waive any and all rights of appeal from the dismissal of this action. The Plaintiffs further stipulate and agree to dismiss all claims previously asserted in the original Complaint in this matter with prejudice, without costs, and waiving all rights of appeal.

Respectfully submitted,

CRIMSON GALERIA LIMITED PARTNERSHIP,
RAJ & RAJ LLC, HARVARD SQUARE HOLDINGS LLC,
CHARLES RIVER HOLDINGS LLC,

By their attorneys,

/s/Scott A. Schlager_____
Alvin S. Nathanson, BBO # 367480
Scott A. Schlager, BBO # 695421
NATHANSON & GOLDBERG, P.C.
Two Atlantic Ave, 5th flr.
Boston, MA 02110-4810
(617) 210-4810
asn@natgolaw.com
sas@natgolaw.com


HEALTHY PHARMS, INC., TIMBUKTU REAL ESTATE, LLC,
3 BROTHERS REAL ESTATE, LLC, PAUL OVERGAAG and NATHANIEL AVERILL,

By their attorneys,


/s/David A. Russcol_____
Emma M. Quinn-Judge (BBO #664798)
David A. Russcol (BBO #670768)
ZALKIND DUNCAN & BERNSTEIN LLP
65a Atlantic Avenue
Boston, MA  02110
(617) 742-6020
equinn-judge@zalkindlaw.com
drusscol@zalkindlaw.com

CENTURY BANK AND TRUST COMPANY,

By its attorneys,


/s/Robert J. Cordy_____
Robert J. Cordy (BBO #99720)
Matthew L. Knowles (BBO #678935)
Shamis N. Beckley (BBO #697425)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Telephone: 617.535.4000
rcordy@mwe.com
mknowles@mwe.com
sbeckley@mwe.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ David A. Russcol